**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JOHNNY WAYNE COALSON** | ) | **CASE NO. 05-70191** |
| **MELISSA ANN COALSON** | ) | |
| | ) | **CHAPTER 13** |
| **DEBTORS.** | ) | |
| | ) | |

**ORDER**

For the reasons stated in this Court's contemporaneous Memorandum Decision, it is

ORDERED

that Debtors' Objection to Claim No. 5 of Bank of America, N.A. is SUSTAINED.

It is further ORDERED that Proof of Claim No. 5 is DISALLOWED and that Proof of Claim No. 3 is REINSTATED.

The Clerk is directed to send copies of this Order and accompanying Memorandum Decision to the Debtors; Debtors' counsel, John M. Lamie, Esq.; the Trustee, Jo S. Widener, Esq.; and Creditor's counsel, John E. Kieffer, Esq.

ENTER this 27th day of April, 2007.

/s/ William F. Stone, Jr.
UNITED STATES BANKRUPTCY JUDGE